**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| JANET TARIHI, <br><br>     Plaintiff, <br><br> v. <br><br> AMERICAN PROFIT RECOVERY, <br><br>     Defendant. | Case No.: 1:17-cv-01493 <br> Hon. Judge Joan H. Lefkow |

**NOTICE OF SETTLEMENT**

Defendant, American Profit Recovery ("Defendant"), by and through undersigned counsel, hereby informs the court that a settlement of this matter has been reached. The parties are finalizing settlement paperwork, which should be completed within the next 30 days. Defendant therefore requests that this Honorable Court vacate all dates currently set on calendar for this matter.

                                              Respectfully Submitted,

                                              /s/ Charity A. Olson
                                              Charity A. Olson (P68295)
                                              **BROCK & SCOTT, PLLC**
                                              2723 S. State St., Ste. 150
                                              Ann Arbor, MI 48104
                                              (734) 222-5179

Dated: February 8, 2018                             charity.olson@brockandscott.com

**CERTIFICATE OF SERVICE**

    I, Charity A. Olson, hereby state that on February 8, 2018, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to the attorneys of record.

/s/ Charity A. Olson
Charity A. Olson (P68295)
**BROCK & SCOTT, PLLC**

1